IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02150-ZLW

DAVID JACKSON,

    Plaintiff,

v.

VERA JACKSON, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion to Recuse All Magistrate Judges and Motion for a Jury Trial" (docket #38) and Plaintiff's "Motion to Recuse All Magistrate Judges and Motion for a Jury Trial" (docket #39), both of which were filed on May 21, 2010, will not be considered and are DENIED because Plaintiff filed a notice of appeal on December 18, 2009, and that appeal remains pending. Therefore, the Court lacks jurisdiction to consider the May 21 motions.

Dated: May 24, 2010