IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02150-ZLW

DAVID JACKSON,

    Plaintiff,

v.

VERA JACKSON, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Forthwith Postjudgment Motion to Pursuant to Fed. R. Civ. 60(b) to Abrogated [sic] or Vacate September 9, 2009, Court Order and Reinstate the Original Complaint With Leave to Amend" filed on May 25, 2010, is DENIED.

Dated: May 26, 2010